# United States District Court

EASTERN DISTRICT OF WISCONSIN

JANIS SHUMWAY,

        Plaintiff,

        v.

LAXMIJKRUPA LLC,

        Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**
Case No. 21-C-939

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Laxmijkrupa LLC is enjoined from discriminating against individuals with disabilities and must comply with all sections of the ADA and the ADA Accessibility Guidelines, 28 C.F.R. Part 36. Defendant must remediate its website and bring it into compliance with the regulation.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: October 7, 2021

GINA M. COLLETTI
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk